UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


**United States of America**

    **v.**                                    Criminal No. 06-37-01-PB

**Jason McDermott**


**O R D E R**

    The defendant, through counsel, has moved to continue the September 6, 2006 trial in the above case, citing the need for additional time to finalize plea negotiations.  The government does not object to a continuance of the trial date.

    Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from September 6, 2006 to October 3, 2006.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial

The August 29, 2006 final pretrial conference is continued to September 27, 2006 at 3:45 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

August 29, 2006

cc: David H. Bownes, Esq.
    Joseph Laplante, AUSA
    United States Probation
    United States Marshal